**Order entered January 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01637-CV

**DR. RICHARD MALOUF, Appellant**

**V.**

**GRAHAM WOOD AND AOL, INC., Appellees**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06268-C**

## ORDER

We **GRANT** Jessica Ring Amunson's January 24, 2014 motion for admission pro hac vice and Van H. Beckwith's January 24, 2014 motion in support of Jessica Ring Amunson's motion. Jessica Ring Amunson shall be allowed to participate in the proceedings in this cause, including oral argument.

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE